UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ALAJIA B. TURNER**, <br><br> Plaintiff, <br><br> v. <br><br> **STATE FARM MUTUAL INSURANCE COMPANY**, <br><br> Defendant. | 2:20-cv-10374-TGB <br><br><br> **ORDER REGARDING PLAINTIFF'S REQUEST FOR NO-FAULT PENALTY INTEREST AND ATTORNEYS' FEES** |

In retaining jurisdiction to enforce the settlement, the Court retains jurisdiction to entertain Plaintiff Alajia B. Turner's request for no-fault penalty interest and no-fault penalty attorneys' fees. ECF No. 13. Plaintiff is directed to submit her application by April 6, 2021.

**SO ORDERED.**
Dated: March 24, 2021         s/Terrence G. Berg
                              TERRENCE G. BERG
                              UNITED STATES DISTRICT JUDGE


### Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on March 24, 2021.

                              s/A. Chubb
                              Case Manager