UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ALAJIA B. TURNER**,<br><br>Plaintiff,<br><br>v.<br><br>**FORD MOTOR COMPANY HEALTH PLAN, et al.**,<br><br>Defendants. | 2:20-CV-10374-TGB-APP<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR NO-FAULT PENALTY INTEREST AND NO-FAULT ATTORNEYS' FEES (ECF NO. 13)** |

This matter is before the Court on Plaintiff Alajia B. Turner's Motion for No-fault Penalty Interest and No-fault Penalty Attorneys' Fees against Defendant State Farm Mutual Automobile Insurance Company. ECF No. 13. On March 23, 2021, the Court issued an order dismissing case on the basis that the parties had reached a resolution, ECF No. 25, but retained its jurisdiction to enforce the terms of the settlement agreement, including Ms. Turner's request for no-fault penalty interest and no-fault penalty attorneys' fees. ECF No. 26. Ms. Turner submitted her application for such fees on March 30, 2021. ECF No. 27.

In reviewing the submissions, Ms. Turner's motion will be **GRANTED** as follows:

1

- Ms. Turner is entitled to no-fault penalty interest pursuant to Mich. Comp. Laws § 500.3142 from Defendant State Farm in the amount of $3,592.30, and;
- Plaintiff is entitled to no-fault attorneys' fees pursuant to Mich. Comp. Laws § 500.3148(1) in the amount of $9,245.12 for Ms. Turner's reasonable attorneys' fees, ECF No. 27, which includes her bill of costs, ECF No. 20.

The Court concludes that Ms. Turner is entitled to recover no-fault penalty interest and no-fault attorneys' fees in the amount of $3,592.30 and $9,245,12, respectively. Ms. Turner's motion is **GRANTED**.

**SO ORDERED.**

Dated: April 16, 2021          s/Terrence G. Berg
                               TERRENCE G. BERG
                               UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on April 16, 2021.

                               s/H. Monda
                               H. Monda, in the absence of A. Chubb
                               Case Manager